**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000516**
**31-OCT-2024**
**08:11 AM**
**Dkt. 182 OCOR**

NOS. CAAP-22-0000516 and CAAP-22-0000519

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

**NO. CAAP-22-0000516**
SIERRA CLUB, Appellant-Appellee/Cross-Appellee, v.
BOARD OF LAND AND NATURAL RESOURCES, Appellee-Appellee/Cross-Appellee; COUNTY OF MAUI, Appellee-Appellee/Cross-Appellant; and ALEXANDER AND BALDWIN, INC. and EAST MAUI IRRIGATION COMPANY, LLC, Appellees-Appellants/Cross-Appellees

and

**NO. CAAP-22-0000519**
SIERRA CLUB, Appellant-Appellee, v.
BOARD OF LAND AND NATURAL RESOURCES, Appellee-Appellant; ALEXANDER AND BALDWIN, INC., EAST MAUI IRRIGATION COMPANY, LLC, and COUNTY OF MAUI, Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-20-0001541)

ORDER OF CORRECTION
(By: Hiraoka, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on April 12, 2024, is hereby corrected as follows:

At page 39, line 15 from the bottom, replace "Hawaʻi" with "Hawaiʻi" so the line reads as follows:

Superferry, 120 Hawaiʻi at 218, 202 P.3d at 1263.

In Superferry,

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, October 31, 2024.

/s/ Keith K. Hiraoka
Associate Judge